UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IKTISAT FINANSAL KIRALAMA
ANONIM SIRKETI,

                Plaintiff,

     - against -

DAVID LICHTENSTEIN, et al.,

               Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10

10 Civ. 4104 (RMB)

**ORDER OF DISCONTINUANCE**

      Based upon Defendants' letter, dated September 3, 2010, indicating that "[Plaintiff] intends to dismiss the referenced action either by a stipulation of dismissal without prejudice . . . or if all defendants will not consent to dismissal without prejudice, to file a motion seeking an order under Fed. R. Civ. P. 41(a)(2) dismissing the action without prejudice," it is hereby

      **ORDERED**, that the conference scheduled for September 7, 2010 is vacated; and it is further

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued, without prejudice; provided, however, that the Plaintiff or Defendant may apply, on or before September 17, 2010 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

Dated: September 3, 2010
       New York, New York

*Richard M. Berman*
Richard M. Berman, U.S.D.J.